IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03635-WJM-NRN

POPSOCKETS LLC,

Plaintiff,

v.

JACOB GANCFRIED,
RACHEL GANCFRIED,
CRYSTAL HANDCUT INC,
CRYSTAL DEALS INC, and
JOHN DOES 1-10, individually or as corporate/business entities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the Notice of Settlement (Dkt. #42), the Status Conference set on October 1, 2020 at 10:30 a.m. is **VACATED**.

The parties are directed to submit dismissal papers no later than October 30, 2020.

Date: September 30, 2020