IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03635-WJM-NRN

POPSOCKETS LLC,

        Plaintiff,

v.

JACOB GANCFRIED, RACHEL GANCFRIED, CRYSTAL HANDCUT INC, CRYSTAL DEALS INC, and JOHN DOES 1-10, individually or as corporate/business entities,

        Defendants.

## STIPULATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Plaintiff PopSockets LLC ("PopSockets"), by and through counsel, and Defendants Jacob Gancfried, Rachel Gancfried, Crystal Handcut, Inc. and Crystal Deals, Inc, by and through their counsel, submit this Stipulated Motion to Dismiss.

The parties ask this Court to dismiss this action with prejudice, with each party to bear their own fees and costs.

Dated this October 28, 2020.

1

Respectfully submitted,

/s/Ed Hafer
Groves Law, LLC
281 S. Pearl St.
Denver, CO 80209
Phone: (303) 557-0199
Email:  matt@grovesllc.com
            ehafer@grovesllc.com


William D. Kloss (Ohio Bar No. 0040854)
Daren S. Garcia (Ohio Bar No. 007156)
Rajeev K. Adlakha (Ohio Bar No. 0087096)
Vorys, Sater, Seymour and Pease LLP
200 Public Square
Suite 1400
Cleveland, OH 44114-2327
Phone:  (216) 479-6175
Email:  wdklossjr@vorys.com
            dsgarcia@vorys.com
            rkadlakha@vorys.com

*Counsel for Plaintiff PopSockets LLC*


*/s/ Michael Steinmetz*
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th St. 11R
New York, NY 10001
Phone: 212-380-3623
Email: ms@gs2law.com

*Counsel for Defendants*

2